| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Furla (U.S.A.), Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **DBA  Furla** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-2931806** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**432 Park Avenue South**<br>**14th Floor**<br>**New York, NY 10016**<br>Number, Street, City, State & ZIP Code<br><br>**New York**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.furla.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor __**Furla (U.S.A.), Inc.**_____    Case number (*if known*)_____
      Name

7. **Describe debtor's business**

    A. *Check one:*
    - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    - ■ None of the above

    B. *Check all that apply*
    - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
    - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
    - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __4481__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*
    - ☐ Chapter 7
    - ☐ Chapter 9
    - ■ Chapter 11. *Check **all** that apply*:
        - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
        - ☐ A plan is being filed with this petition.
        - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
        - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
        - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
    - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    - ■ No.
    - ☐ Yes.

    | District | When | Case number |
    |---|---|---|
    | District _____ | When _____ | Case number _____ |
    | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list

    - ■ No
    - ☐ Yes.

    | Debtor | Relationship |
    |---|---|
    | Debtor _____ | Relationship _____ |
    | District _____ When _____ | Case number, if known _____ |

Debtor  __Furla (U.S.A.), Inc._____     Case number (*if known*)_____
        Name

| 11. | **Why is the case filed in *this district*?** | Check all that apply: |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | Check one: |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____  Chapter  __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/06/2020
             MM / DD / YYYY

X _____          Elena Moncigoli
Signature of authorized representative of debtor     Printed name

Title  CEO

**18. Signature of attorney**

X _____          Date  11/06/2020
Signature of attorney for debtor                      MM / DD / YYYY

Joseph T. Moldovan
Printed name

Morrison Cohen LLP
Firm name

909 Third Avenue
New York, NY 10022-4784
Number, Street, City, State & ZIP Code

Contact phone  (212) 735-8600      Email address  bankruptcy@morrisoncohen.com

1868827 NY
Bar number and State

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

# FURLA (U.S.A.), INC.

A NEW YORK CORPORATION

ACTION BY UNANIMOUS WRITTEN CONSENT

OF THE BOARD OF DIRECTORS

Dated: October 30, 2020

The undersigned, constituting all of the members of the Board of Directors of Furla (U.S.A.), Inc. (the "**Corporation**"), acting pursuant to Section 708 of the New York Business Corporation Law, authorizing actions to be taken on written consent without a meeting, hereby consent to the adoption of the following resolutions and the taking of all actions permitted thereby, as the act of the Board of the Corporation (the "**Board**") as hereinafter set forth. This Consent shall be filed with the other minutes and meetings and consents of the Board.

**WHEREAS**, the Board has received, considered, and reviewed reports furnished concerning the financial condition of the Corporation and had discussions with counsel and other professionals; and

**WHEREAS**, it appearing in the business judgment of the Board that it is in the best interest of the Corporation to file a Voluntary Petition under Subchapter V of Chapter 11 of the United States Bankruptcy Code ("**Bankruptcy Code**"), it is hereby

**RESOLVED**, that the Corporation initiate a case ("**Case**") under Subchapter V of Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court Southern District of New York; and it is further

**RESOLVED**, that the Corporation is authorized and directed to prepare or cause to be prepared all documents, petitions, pleadings, and other instruments necessary or appropriate including any financing facilities, to cause the initiation and prosecution of a case under the Bankruptcy Code (the "**Instruments**"); and it is further

**RESOLVED**, the CEO of the Corporation, Mariaelena Moncigoli, shall be authorized to sign and execute the Instruments and any other documents required in order to file and manage the Case on behalf of the Corporation; and it is further

**RESOLVED**, that, subject to Bankruptcy Court approval, the Corporation is hereby authorized to employ and retain the following professionals to assist it in the bankruptcy process: Morrison Cohen LLP, as general and bankruptcy counsel for the Corporation; Ryniker Consultants, LLC, as financial advisor to the Corporation; and Bankruptcy Management Solutions, Inc. d/b/a Stretto as Claims and Noticing Agent.

**IN WITNESS WHEREOF,** the undersigned, being all of the members of the Board of have executed and adopted this Unanimous Written Consent as of the 30th day of October, 2020.

_____
Alberto Camerlengo

_____
Mariaelena Moncigoli

_____
Lyudmila Maguire

# United States Bankruptcy Court
## Southern District of New York

In re  **Furla (U.S.A.), Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Furla S.p.A. | | | 100% Ownership Interest |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  November 6, 2020

Signature  *Elena Moncigoli*

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re: **Furla (U.S.A.), Inc.**
Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Furla (U.S.A.), Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Furla S.p.A.**

☐ None [*Check if applicable*]

November 6, 2020
Date

**Joseph T. Moldovan**
Signature of Attorney or Litigant
Counsel for **Furla (U.S.A.), Inc.**
**Morrison Cohen LLP**
**909 Third Avenue**
**New York, NY 10022-4784**
**(212) 735-8600 Fax:(212) 735-8708**
**bankruptcy@morrisoncohen.com**

**Fill in this information to identify the case:**

Debtor name: Furla (U.S.A.), Inc.
United States Bankruptcy Court for the: Southern District    District of New York (State)
Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Copley Place Associates LLC**<br>c/o M.S. Management Associates Inc.<br>225 W Washington St<br>Indianapolis, IN 46204-3438 | | Lease | Disputed | | | **$190,422.72** |
| 2 | **Premium Outlet Partners LP - Woodbury Outlet**<br>c/o Simon Property Group, Inc.<br>60 Columbia Rd<br>Morristown, NJ 07960 | | Lease | Disputed | | | **$170,403.46** |
| 3 | **Premium Outlet Partners LP- Hawaii Waikele Outlet**<br>c/o Simon Property Group Inc.<br>225 W Washington St<br>Indianapolis, IN 46204-3438 | Premium Outlets | Lease | Disputed | | | **$168,400.25** |
| 4 | **Aventura Mall Venture**<br>c/o Turnberry Aventura Mall Company Ltd.<br>19501 Biscayne Blvd<br>Aventura, FL 33180 | Legal Dept./Leasing Atty<br>jthomas@turnberry.com | Lease | Disputed | | | **$161,795.41** |
| 5 | **South Coast Plaza**<br>c/o South Coast Plaza Management Offices<br>3333 Bristol St<br>Costa Mesa, CA 92626 | Gen. Manager<br>AlcockD@SouthCoastPlaza.com | Lease | Disputed | | | **$160,006.68** |
| 6 | **RHC Property Holdings LLC**<br>Royal Hawaiian Shopping Center<br>2201 Kalakaua Ave<br>Honolulu, HI 96815 | Director<br>T.Noborikawa@festivalcos.com | Lease | Disputed | | | **$158,575.33** |

Debtor  Furla (U.S.A.), Inc.
        *Name*

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | **The Retail Property Trust**<br>c/o M.S. Management Associates Inc.<br>225 W Washington St<br>Indianapolis, IN 46204-3438 | | Lease | Disputed | | | $153,096.23 |
| 8 | **Simon/Chelsea Las Vegas Development, LLC**<br>c/o Simon Property Group – Premium Outlets<br>225 W Washington St<br>Indianapolis, IN 46204-3438 | Lease Services | Lease | Disputed | | | $147,309.83 |
| 9 | **Premium Outlet Partners LP Cabazon Outlet**<br>c/o Simon Property Group, Inc.<br>60 Columbia Rd<br>Morristown, NJ 07960 | Lease Services | Lease | Disputed | | | $131,580.28 |
| 10 | **Sawgrass Mills Phase IV LLC**<br>1300 Wilson Blvd<br>Suite 400<br>Arlington, VA 22209 | General Counsel | Lease | Disputed | | | $128,639.82 |
| 11 | **CPG Houston Holdings LP**<br>c/o Simon Premium Outlets<br>60 Columbia Rd Bldg B<br>Morristown, NJ 07960 | Lease Services | Lease | Disputed | | | $95,755.14 |
| 12 | **iProspect**<br>Via Benigno Crespi 23<br>Milano, MI 20159<br>Italy | | Trade Payable | | | | $91,604.82 |
| 13 | **Livermore Premium Outlets LLC**<br>c/o Simon Property Group, Inc.<br>60 Columbia Rd<br>Morristown, NJ 07960 | Lease Services | Trade Payable | Disputed | | | $84,955.63 |
| 14 | **Craig Realty Group Citadel LLC**<br>4100 MacArthur Blvd<br>Suite 200<br>Newport Beach, CA 92660 | Manager – Lease Admin and Gen. Counsel<br><br>receivables@craigrealtygroup.com | Trade Payable | Disputed | | | $74,397.01 |
| 15 | **Claudia Wuensch Communication**<br>Mehringdamm 70<br>Berlin, Germany 10961 | | Trade Payable | | | | $34,558.38 |
| 16 | **Keenpac N.A. Ltd**<br>8338 Austin Ave<br>Morton Grove, IL 60053 | Alex.Karfis@BunzlBRS.com | Trade Payable | | | | $33,031.32 |
| 17 | **Savino Del Bene**<br>Attn: Jamin Nieri<br>34 Engelhard Ave<br>Avenel, NJ 07001 | P 732-574-3900<br>Jamin.nieri@savinodelbene.com | Trade Payable | | | | $28,962.02 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor  Furla (U.S.A.), Inc.
        Name

Case number (*if known*) _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | **SPS Worldwide LLC**  118 E 28th St  Suite 908  New York, NY 10016 | P: 212-213-1177  Brenda@spsworldwide.com | Trade Payable | | | | $12,044.06 |
| 19 | **Visualplex S.r.l**  via Ferruccio Parri 9/11/13  Levane  Bucine, AR, Italy 52021 | | Trade Payable | | | | $7,712.02 |
| 20 | **Open Text, Inc.**  24685 Network Pl  Chicago, IL 60673-1246 | | Trade Payable | | | | $3,103.64 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**Fill in this information to identify the case:**

Debtor name: Furla (U.S.A.), Inc.

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  November 6, 2020     X  /s/ Elena Moncigoli
                                     Signature of individual signing on behalf of debtor

                                     Elena Moncigoli
                                     Printed name

                                     CEO
                                     Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy